UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RODOLFO CAPOTE,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, RODOLFO CAPOTE, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.      Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., is a corporation and citizen of the State of Kansas with its principal place of business at 400 Rogers Road, Olathe, Kansas 66062.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.      Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

April 11, 2009
Hi this message is for Rodolfo Capote.  If you are not Rodolfo, please hang up or disconnect.  If you are, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Lashonda with Encore Receivable Management; this is an attempt to collect a debt. And any information obtained will be used for that purpose.  Please contact me regarding an important business matter at 877-213-1161. Thank you.

2

<u>April 14, 2009</u>
Yes, this message is for Rodolfo Capote.  If you are not Rodolfo Capote, hang up or disconnect.  And if you are Rodolfo Capote, then please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  This is Ms. Krauss from Encore Receivable Management.  This is an attempt to collect a debt and any information obtained is used for that purpose.  Please contact our office regarding this important business matter as soon as you get this message. The number is 877-213-1161.  Thank you.

<u>April 15, 2009</u>
This is a message for Rodolfo Capote.  This is Ms. _____(inaudible) with Encore.  And this is an attempt to collect a debt and any information obtained will be used for that purpose.  I need for you or someone on your behalf, regarding your personal business matters to return my call at 877-213-1161.  Again that is 877-213-1161 extension 198.

<u>April 16, 2009</u>
Hi, this message is for Rodolfo Capoto, or Capote.  If you are not Rodolfo, please hang up or disconnect.  If you are, please continue to listen to this message.  By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Lashanda with Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me regarding an important business matter at 877-213-1161.  Thank you.

<u>April 18, 2009</u>
This message is for Rodolfo Capote.  If this is not Rodolfo Capote, please hang up or disconnect. By listening to this message, you acknowledge you are Rodolfo Capote.  Federal law mandates that I inform you this is an attempt to collect a debt, any and all information obtained will be used for this purpose.  It is imperative that you or a party contact me, a party representing you contact me at 877-213-1161 extension 178.

<u>April 20, 2009, 2:38 PM</u>
This message is for Rodolfo Capote.  If this is not Rodolfo Capote, please hang up or disconnect. By listening to this message, you acknowledge you are Rodolfo Capote.  Federal law mandates that I inform you this is an attempt to collect a debt, any and all information obtained will be used for

this purpose.  It is important that you or a party representing you contact me at 877-213-1161 extension 178.

April 20, 2009, 7:00 PM
Hi this message is for Rodolfo Capote.  If you are not Rodolfo, please hang up or disconnect.  If you are, please continue to listen to this message. By continuing to listening to this message, you acknowledge you are Rodolfo Capote.  This is Lashanda with Encore Receivable Management.  This is an attempt to collect a debt, any information obtained will be used for this purpose.  Please contact me regarding an important business matter at 877-213-1161.  Thank you.

April 22, 2009
Rodolfo Capote.  This is Chuck, if you could give me a call back as soon as you get this message.  I am at 877-213-1161.  Rodolfo, just trying to help you out of a situation here it's in my office pending.  I look forward to hearing back from you soon.  This is an attempt to collect a debt and any and all information obtained will be used for that purpose.  Make it a great day.

April 23, 2009
This is a message for, Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt.  And any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

April 24, 2009, 9:21 AM – Pre-Recorded Message
This is a message for, Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt.  And any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

April 24, 2009, 10:36 AM
Good morning, this message is for Rodolfo Capote.  If you are not Rodolfo, please hang up.  If you are Rodolfo, please continue to listen.  By continuing

to listen to this message, you acknowledge that you are Rodolfo Capote. Rodolfo, this is Ms. ____(inaudible) calling from Encore Receivable Management.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please contact my office about an important business matter at 877-213-1161. 877-213-1161, extension 217.  Thank you.

April 27, 2009
This message is for Rodolfo Capote.  If you are not Rodolfo, please hang up. If you are Rodolfo, please continue to listen.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  Rodolfo, this is Ms. ____(inaudible) calling from Encore Receivable Management.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please contact my office about an important business matter at 877-213-1161. 877-213-1161, extension 217.  Thank you.

April 28, 2009
Hello this message is for Rodolfo Capote.  If you are not Rodolfo, please hang up or disconnect.  If you are Rodolfo, please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  This is Ms. Durano from Encore Receivable Management. This is an attempt to collect a debt.  Any and all information obtained will be used for that purpose.  Please contact me today at 877-213-1161 extension 218.

April 29, 2009 – Pre-Recorded Message
Hello this is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management. This is an Attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 866-247-1087.  Thank you.

April 30, 2009
Yes, good evening, this message is for Rodolfo Capote, if I am saying that correctly.  The reason for my call, first of all if this is not Rodolfo Capote at this number, disconnect.  Otherwise Sir, contact me my name is Jim Allen, with Encore.  I'm contacting you for my client in an attempt to collect a debt.  And then we'll, together we will show them that we are

communicating about this business matter.  And it would be a good thing that we do that.  So reach me directly at 877-213-1161.  And ask for me directly, Jim Allen, and I really look forward to your call. Thanks.

May 2, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a three second pause in this message.  By continuing to listen to this message, you acknowledge you are, Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

May 4, 2009, 9:13 AM – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a three second pause in this message.  By continuing to listen to this message, you acknowledge you are, Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

May 4, 2009, 9:24 AM
This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo, please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are, Rodolfo Capote.  This is Serena Burns from Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for this purpose.  Please contact me about an important business matter at 877-213-1161.

May 5, 2009, 9:03 AM – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

<u>May 5, 2009, 11:05 AM</u>
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo, please continue to listen to this message.  By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Mr. Howard with Encore Receivable Management. This is an attempt to collect a debt and any and all information obtained will be used for that purpose.  Please contact me about an important business matter at 1-877-213-1161.  Again, that number is 1-877-213-1161 Extension 220.  Thank you.

<u>May 6, 2009, 9:15 AM – Pre-Recorded Message</u>
This is a message is for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

<u>May 6, 2009, 1:01 PM</u>
My name is Mr. Jackson.  This message is for Rodolfo Capote.  As there is a situation in my office, I need to discuss with you a situation I'm not sure if you're aware of.  I've been trying to contact you on that situation for a short time now.  I'm from the office of Encore Receivable Management.  This is an attempt to collect a debt and any and all information obtained will be used for that purpose.  My call back is 1-877-213-1161.  My number again is 1-877-213-1161.  It's imperative that you return my call immediately.

<u>May 7, 2009, 9:02 AM – Pre-Recorded Message</u>
This is for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

<u>May 7, 2009, 10:07 AM</u>
Good morning.  It's Mrs. Furollo. This is for Rodolfo Capote. Contact Miss Bodie at Encore Receivable Management. This is an attempt to collect a

debt.  Any information obtained will be used for that purpose.  Please call me in my office at 877-213-1161.  Extension is 209.  It's very important we here from you or someone on your behalf in our office today.  This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Thank you.

May 8, 2009 – Pre-Recorded Message
This is a message is for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

May 9, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not, Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are, Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for this purpose.  Please contact me about an important business matter at 877-213-1161.

May 11, 2009, 9:09 AM – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not, Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are, Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for this purpose.  Please contact me about an important business matter at 877-213-1161.

May 11, 2009, 7:31 PM
Hi. This message is for Rodolfo Capote. If you are not, Rodolfo, please hang up or disconnect. If you are, please continue to listen to this message. By continuing to listen to this message, you acknowledge you are, Rodolfo Capote. This Lashawnda with Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for this

purpose. Please contact me regarding an important business matter at 877-213-1161. Thank you.

May 12, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not, Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are, Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for this purpose. Please contact me about an important business matter at 877-213-1161.

May 22, 2009
Hi. I am trying to get in contact with Rodolfo. If you are not, Rodolfo, please hang up or disconnect. If you are, please continue to listen to this message by acknowledging that you are you are. This is _____ (inaudible) contacting you from Encore Receivable Management. This has been an attempt to collect a debt.  Any and all information has been solely used for that purpose. Please contact me directly at 877-213-1161.

May 25, 2009 – Pre-Recorded Message
This message is for Rodolfo Capote.  If you are not, Rodolfo, please hang up or disconnect.  If you are, please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  This is Keith Major from Encore RMI. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.  Thank you.

May 28, 2009
Hi.  This message is for Rodolfo Capote.  If this is not Rodolfo, please hang up or disconnect.  If this is Rodolfo, please continue to listen to this message.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  Federal law mandates I do inform you this is an attempt to collect a debt.  Any and all information obtained will be used for that purpose.  Please contact me in regards to an important business matter at 1-877-213-1161.  Again, that's 1-877-213-1161.

June 2, 2009 – Pre-Recorded Message
This is a message is for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to

9

listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 3, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 4, 2009, 9:13 AM – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 4, 2009, 12:11 PM
Hello.  This message is for Rudolph.  If you are not Rudolph, please hang up or disconnect.  If you are Rudolph, please continue to listen to this message. By continuing to listen to this message, you acknowledge that you're Rudolph.  This is Yolanda Cooper from Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about this important business matter at 877-213-1161 – Extension 225.

June 8, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.    There will be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to

collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 12, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 13, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.    There will be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 15, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.    There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 16, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.    There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 17, 2009 – Pre-Recorded Message

This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. **PAUSE.** By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 18, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 19, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 20, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 22, 2009 – Pre Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo

Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 23, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message.   There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 24, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 25, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 27, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

June 29, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 1, 2009, 9:35 AM – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 1, 2009, 4:34 PM
This message is for Rodolfo Capote. If this is not Rodolfo, please hang up or disconnect. My toll free number is 1-877-213-1161.

July 3, 2009
Hi.  This message is for Rodolfo Capote.   If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please listen to this message.  By listening to this message, you acknowledge that you are Rodolfo Capote.  This is Brian Miller from Encore.   This is an attempt to collect a debt and information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.  Again, that's 877-213-1161 – Extension 210.  Thanks and have a good day.

July 6, 2009, 11:57 AM – Pre-Recorded Message
This is a message for Rodolfo Capote.   If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.   This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 6, 2009, 1:31 PM
Good Afternoon.  This message is for Rodolfo Capote.   If you are not
Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote,
please continue to listen to this message.  By continuing to listen to this
message, you acknowledge you are Rodolfo Capote.  This is Cortez Howard
with Encore Receivable Management.   This is an attempt to collect a debt.
Any and all information obtained will be used for that purpose.  Please
contact me about an important business matter at 877-213-1161.  My direct
Extension 218.  Please reach me about this business matter so that we may
discuss and resolve this matter together.  Thank you.  Have a great day.

July 7, 2009 – Pre-Recorded Message
Message is for Randolph Capote.  If you are not Randolph Capote, please
hang up or disconnect.  If you are Randolph Capote, please continue to listen
to this message.  By continuing to listen to this message, you acknowledge
that you are Randolph Capote.  This is Charles with Encore Receivable
Management.   This is an attempt to collect a debt.  Any information
obtained will be used for that purpose.  Please contact me concerning an
important business matter at toll free 866-247-8970.  Once again, that's toll
free 866-247-8970.  Thank you and have a great day.

July 10, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote,
please hang up or disconnect.  If you are Rodolfo Capote, please continue to
listen to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge that you are Rodolfo
Capote.  This is Encore Receivable Management.   This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

July 11, 2009 – Pre-Recorded Message
This is a message is for Rodolfo Capote.  If you are not, Rodolfo Capote,
please hang up or disconnect.  If you are Rodolfo Capote, please continue to
listen to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

July 14, 2009 – Pre-Recorded Message

This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 15, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 16, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 17, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 18, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.   If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo

Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 20, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.   If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 21, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.   If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 23, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

July 28, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.   If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

<u>July 30, 2009 – Pre-Recorded Message</u>
This is a message for Rodolfo Capote.  If you are not, Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

<u>August 1, 2009 – Pre-Recorded Message</u>
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivable Management.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.

<u>August 3, 2009</u>
Yes.  This message is for you, Rodolfo Capote.  If you're not Rodolfo Capote, please hang up or disconnect.  If you are in fact Rodolfo Capote, please continue to listen to this message.  By continuing to listen to this message, you do acknowledge that you're in fact Rodolfo Capote.  This is Miss Tarthorne calling from a company by the name of Encore and this is an attempt to collect a debt.  Any information obtained will be used for that purpose and that purpose alone.  Please give me a call.  The number is toll free at 1-877-213-1161.  Direct Extension is 200.  Once again, that's 1-877-213-1161.  Direct Extension is 200.  Please give me a call Rodolfo.  I do need to speak with you on this matter immediately.

<u>August 5, 2009</u>
Good Afternoon.  This message is for Rodolfo Capote.  If you're not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to the following message.  By continuing to listen to this message, you acknowledge that you are Rodolfo Capote.  This is Mr. Howard with Encore Receivable Management.  This is an attempt to collect a debt.  Any and all information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.  My Extension is 218.  Excuse me, my Extension is 193.  Rodolfo this is Cortez.  I would extremely be delighted to hear from you in reference to this time

sensitive matter. My office has several arrangements available to you if you would allow me the opportunity to assist you in hopefully getting this matter resolved. Reach me. My number is 877-213-1161. My Extension 193. Thank you. Have a great day.

August 8, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

August 11, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

August 12, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

August 13, 2009, 9:59 AM – Pre-Recorded Message
Hello, this is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivables. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161.

<u>August 13, 2009, 11:39 AM – Pre-Recorded Message</u>
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect.  If you are Rodolfo Capote, please continue to listen
to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

<u>August 14, 2009 – Pre-Recorded Message</u>
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect.  If you are Rodolfo Capote, please continue to listen
to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

<u>August 15, 2009 – Pre-Recorded Message</u>
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect.   If you are Rodolfo Capote, please continue to listen
to this message.  There will be a 3 second pause in this message.  By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

<u>August 18, 2009 – Pre-Recorded Message</u>
This is a message for you Rodolfo Capote.  If you are not Rodolfo Capote,
please hang up or disconnect.   If you are Rodolfo Capote, please continue to
listen to this message.   There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161

<u>August 19, 2009, 12:13 PM</u>
This calls for Rodolfo Capote.  If you are not Rodolfo Capote, then please
hang up or disconnect.  But if you are then please continue to listen to my

message.  By continuing to listen to the message you acknowledge you are
Rodolfo Capote.  My name is Armundo and I'm with Encore Receivable
Management.  This is an attempt to collect a debt.  Return call needed. 877-
213-1161 extension 218.

August 19, 2009, 12:17 PM – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect. If you are Rodolfo Capote, please continue to listen
to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

August 22, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect. If you are Rodolfo Capote, please continue to listen
to this message. There will be a 3 second pause in this message. By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

August 24, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect.  If you are Rodolfo Capote please continue to listen
to this message.  There will be a 3 second pause in this message. By
continuing to listen to this message you acknowledge you are Rodolfo
Capote. This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

August 25, 2009 – Pre-Recorded Message
This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please
hang up or disconnect.   If you are Rodolfo Capote, please continue to listen
to this message.  There will be a 3 second pause in this message.  By
continuing to listen to this message, you acknowledge you are Rodolfo
Capote.  This is Encore Receivable Management.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.

<u>August 31, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Rodolfo Capote.  If you are not Rodolfo
Capote, please hang up or disconnect.  If you are Rodolfo Capote, please
continue to listen to this message.  There will now be a 3 second pause in
this message. By continuing to listen to this message, you acknowledge you
are Rodolfo Capote.  This is Encore Receivables.  This is an attempt to
collect a debt and any information obtained will be used for that purpose.
Please contact me about an important business matter at 877-213-1161.
Thank you.  Goodbye.

<u>September 8, 2009</u>
Hello, this message is for Rodolfo Capote, if you are not Rodolfo Capote
please hang up or disconnect. If you are Rodolfo Capote please continue to
listen to this message. By continuing to listen to this message you are
acknowledging that you are Rodolfo Capote. This is Christina from Encore,
and this is an attempt to collect a debt, any information obtained will be used
for that purpose. Please contact me for a very important business matter. My
phone number is 877-213-1161. Again that phone number is 877-213-1161.
Thank you very much and have a great day, bye.

<u>September 9, 2009 – Pre-Recorded Message</u>
Hello, this is a message for Rodolfo Capote, if you are not Rodolfo Capote
please hang up or disconnect. If you are Rodolfo Capote please continue to
listen to this message. There will now be a three second pause in this
message. By continuing to listen to this message you acknowledge you are
Rodolfo Capote. This is Encore Receivable Management. This is an attempt
to collect a debt, and any information obtained will be used for that purpose.
Please contact me for about an important business matter at 877-213-1161.
Thank you, goodbye.

<u>September 14, 2009 – Pre-Recorded Message</u>
Hello, this is a message for Rodolfo Capote, if you are not Rodolfo Capote
please hang up or disconnect. If you are Rodolfo Capote please continue to
listen to this message. There will now be a three second pause in this
message. By continuing to listen to this message you acknowledge you are
Rodolfo Capote. This is Encore Receivables. This is an attempt to collect a
debt, and any information obtained will be used for that purpose. Please
contact me for about an important business matter at 877-213-1161. Thank
you, goodbye.

<u>September 15, 2009 – Pre-Recorded Message</u>
Hello, this is a message for Rodolfo Capote, if you are not Rodolfo Capote please hang up or disconnect. If you are Rodolfo Capote please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161. Thank you, goodbye.

<u>September 17, 2009 – Pre-Recorded Message</u>
Hello, this is a message for Rodolfo Capote, if you are not Rodolfo Capote please hang up or disconnect. If you are Rodolfo Capote please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161. Thank you, goodbye.

<u>September 26, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivables.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161. Thank you.  Goodbye.

<u>September 28, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Rodolfo Capote.  If you are not Rodolfo Capote, please hang up or disconnect.  If you are Rodolfo Capote, please continue to listen to this message.  There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote.  This is Encore Receivables.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161. Thank you.  Goodbye.

<u>September 30, 2009 – Pre-Recorded Message</u>
Hello. This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivable Management. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-213-1161. Thank you. Goodbye.

<u>October 1, 2009 – Pre-Recorded Message</u>
Hello. This is a message for Rodolfo Capote. If you are not Rodolfo Capote, please hang up or disconnect. If you are Rodolfo Capote, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Rodolfo Capote. This is Encore Receivables. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact me about an important business matter at 877-213-1161.  Thank you. Goodbye.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See <u>*Berg v. Merchs. Ass'n Collection Div*</u>., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

14.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

24

15.     Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16.     None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.     Plaintiff incorporates Paragraphs 1 through 17.

19.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT II

## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.     Plaintiff incorporates Paragraphs 1 through 17.

21.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.     Plaintiff incorporates Paragraphs 1 through 17.

23.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

**COUNT IV**
**TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE**

24.    Plaintiff incorporates Paragraphs 1 through 17.

25.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

**COUNT V**

## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26.     Plaintiff incorporates Paragraphs 1 through 17.

27.     Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit;

    c.     declaring that Defendant's practices violate the FCCPA;

    d.     permanently injoining Defendant from engaging in the complained of practices; and

    e.     Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28.     Plaintiff incorporates Paragraphs 1 through 17.

29.     By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular

telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30.    The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit;

c.    declaring that Defendant's practices violate the FCCPA;

d.    permanently injoining Defendant from engaging in the complained of practices; and

e.    Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31.    Plaintiff incorporates Paragraphs 1 through 17.

32.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial

voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     a declaration that Defendant's calls violate the TCPA;

        c.     a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

        d.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
>
> By: s/ Donald A. Yarbrough
>     Donald A. Yarbrough, Esq.
>     Florida Bar No. 0158658