UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60602-CIV-HUCK/O'SULLIVAN

RODOLFO CAPOTE,

    Plaintiff,

vs.

ENCORE RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (D.E. # 5), filed on July 8, 2010. Having considered the Notice and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of July, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record